**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

**JUN 2 3 2021**

FOR THE DISTRICT OF NEW MEXICO

MITCHELL R. ELFERS
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 21-854 KWR |
| | ) | |
| vs. | ) | 18 U.S.C. §§ 1153 and 1111:  Second Degree Murder. |
| | ) | |
| **SILVESTER CASTILLO,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## INDICTMENT

The Grand Jury charges:

On or about May 31, 2021, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **SILVESTER CASTILLO,**  an Indian, unlawfully killed Jane Doe with malice aforethought.

In violation of 18 U.S.C. §§ 1153 and 1111.

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney