IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  CR 21-854 DHU

SILVESTER CASTILLO,

    Defendant.

## ORDER

    This matter is before the Court on Defendant's Motion for Review of Detention Order [56], filed March 9, 2023. On May 9, 2023 the Court held a hearing at which the Defendant was present and represented by Attorney Joel Meyers. The Government was represented by Assistant United States Attorney's Timothy Trembley and Caitlin Dillon. The Court heard argument from Mr. Meyers and Mr. Trembley.

    At the conclusion of the hearing the Court found that there were no conditions or combination of conditions that would reasonably assure the safety of the community.

    IT IS ORDERED that:

1. Defendant's Motion for Review of Detention Order [56], filed March 9, 2023 is DENIED.

_____
UNITED STATES DISTRICT JUDGE

1